# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

RANDY NULL

VERSUS

BROWN & BROWN OF OHIO, LLC

NO.   2021 CW 1374

**NOVEMBER 23, 2021**

---

In Re:    Brown & Brown of Ohio, LLC, applying for supervisory
writs, 21st Judicial District Court, Parish of
Livingston, No. 163410.

---

**BEFORE:    GUIDRY, HOLDRIDGE, AND CHUTZ, JJ.**

**WRIT   DENIED.**    The criteria set forth in **Herlitz Construction Co., Inc. v. Hotel Investors of New Iberia, Inc.,** 396 So.2d 878 (La. 1981) (per curiam), are not met.

**JMG**
**GH**
**WRC**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT